# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1169
L.T. Case No. 2005-CF-16999-A

_____

ALFRED MCCORMICK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Alfred McCormick, Sanderson, pro se.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

June 24, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and MACIVER , JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____